Name, Address and Phone number of Attorney(s):
Alan G. Dowling, Esq. (Cal. SB# 70686)
Law Offices of Alan G. Dowling
22300 Hackney St., West Hills, CA 91304
Ph 818 679 6395 / Fx 818 737 1888 / agdowling@aol.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SAADI,<br><br>Plaintiff(s)<br>v.<br>OMNI ENTERTAINMENT, INC.,<br><br>Defendant(s). | CASE NUMBER<br>CV-06-2869 DSF (JCx)<br><br>APPLICATION FOR APPEARANCE AND EXAMINATION RE:<br>☑ ENFORCEMENT OF JUDGMENT<br>☐ ATTACHMENT(Third Person)<br><br>☑ Judgment Debtor   ☐ Third Person |

☑ Judgment creditor  ☐ Assignee of record  ☐ Plaintiff who has right to attach order  GEORGE SAADI
*(Party name)*
hereby applies for an order requiring: ___OMNI ENTERTAINMENT, INC.___ to appear and furnish
*(Name of Person being examined)*
information to aid in enforcement of the money judgment or to answer concerning property or debt

The person to be examined is:

   ☑ the judgment debtor
   ☐ a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250.00. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached hereto.

Pursuant to Code of Civil Procedure section 491.150 (c), the person to be examined resides or has place of business in the county or within 100 miles of the place of examination. (See Federal Rule of Civil Procedure 45(b)(2).)

☐ This Court is **not** the Court in which the money judgment is entered or (attachment only) the Court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
☐ The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: OCTOBER 29, 2008

*(Signature of Declarant)*

ALAN G. DOWLING
*(Type or Print Name)*

**AN *ORDER TO APPEAR FOR EXAMINATION* (CV-4P ORDER) MUST ACCOMPANY THIS APPLICATION**

---