UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 06-2869-DSF(JCx) | Date | 2/23/09 |
| Title | GEORGE SAADI -v- OMNI ENTERTAINMENT, INC., et al. | | |

Present: The Honorable   DALE S. FISCHER, United States District Judge

| DEBRA PLATO | PAMELA SEIJAS |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Alan G. Dowling | Stephen Pina, In Pro Per |

**Proceedings:**     ORDER RE ORDER TO SHOW CAUSE RE CONTEMPT

     The matter is called and counsel for plaintiff states his appearance. Stephen Pina, on behalf of himself and Omni Entertainment appears. The Order to Show Cause is granted. Defendant is ordered to appear before Magistrate Judge Chooljian on March 6, 2009 at 9:30 a.m. in Courtroom 20, located at 312 No. Spring Street, Los Angeles, California. Plaitniff's counsel is to prepare an order for fees and costs which includes an order for sanctions payable to the Clerk of the Court in the amount of $250.00 for each of the two court appearances in which defendant failed to appear.

0/10